P. JARRETT CLINE, 220883
THE LAW OFFICE OF JARRETT CLINE
2445 Capitol Street, Suite 215
Fresno, CA 93721
Telephone: (559) 617-4444
Email-Jarrett@559law.com

Attorney for Defendant
Francisco Renteria

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FRANCISCO RENTERIA,<br>Defendant. | CASE NO. 1:25-CR-00087<br>STIPULATION AND ORDER REGARDING CONTINUANCE OF PRELIMINARY HEARING;<br>DATE: September 30, 2026<br>TIME: 2:00 p.m. |

This case is set for a preliminary hearing on a supervised release violation on September 30, 2026. The parties agree and stipulate to continue the preliminary hearing until October 15, 2026, to accommodate the schedule of counsel and for further investigation. The parties also request to change the preliminary hearing to a status conference.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for preliminary hearing on a supervised release violation on September 30, 2026.

2. By this stipulation, defendant now moves to continue the preliminary hearing and change the hearing to a status conference on **October 15, 2026, at 2:00 p.m.**

3. No exclusion of time is necessary because the matter concerns a supervised release violation.

4. Defense Counsel was recently appointed, received the petition on September 28, 2026, needs time to go over petition with client, and currently has an out of county court hearing set on September 30, 2026.

IT IS SO STIPULATED.

Dated: September 28, 2026

ERIC GRANT
United States Attorney

/s/ CHAN HEE CHU
CHAN HEE CHU
Assistant United States Attorney

Dated: September 28, 2026

/s/ JARRETT CLINE
JARRETT CLINE
Counsel for Defendant
FRANCISCO RENTERIA

**ORDER**

Having reviewed the parties' stipulation and proposed findings,

IT IS HEREBY ORDERED that the preliminary hearing scheduled for September 30, 2026 at 2:00 p.m. is continued to October 15, 2026 at 2:00 p.m and changed to a status conference. No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO ORDERED.

Dated: **September 28, 2026**

Erin Sung Castillo
UNITED STATES MAGISTRATE JUDGE